1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JULIUS C. JACKSON,                         No.  2:24-cv-2556 CKD P

12                      Plaintiff,

13          v.                                    ORDER

14    ROB ST. ANDRE, et al.,

15                      Defendants.

16

17          Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause

18    appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

20          2.  Plaintiff's first amended complaint filed on November 14, 2024 (ECF No. 10) is

21    deemed timely.

22    Dated:  November 19, 2024

23                                                _____

24                                                CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27    1/hh
      jack2556.36
28